**CERTIFICATE OF SERVICE**

I, \_\_\_\_\_Stephen P. Drobny, Esq._____(name), certify that service of this summons and a copy of the third–party complaint was made \_\_\_\_April 7, 2025_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

    3E Grain, LLC
    c/o its Registered Agent, Jim Eckhart
    8 Woodmont Crossing
    Texarkana, TX 75503

☐ Personal Service: By leaving the process with the third–party defendant or with an officer or agent of third–party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third–party defendant at:

☐ Publication: The third–party defendant was served as follows: [Describe briefly]

☐ State Law: The third–party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: \_\_April 7, 2025_____ Signature: /s/ Stephen P. Drobny
                                               Print Name: Stephen P. Drobny, Esq.
                                               Business Address: Jones Walker LLP, 201 S. Biscayne Blvd., Suite 3000
                                                              Miami, FL 33131

Form 2500D (summ3pty)

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: J&P Spence Farm Operations, LLC
Debtor

Bankruptcy Case No.: 4:24−bk−71630
Chapter 12

J&P Spence Farm Operations, LLC, et al.
Plaintiff

v.

3E Grain, LLC, et al.
Defendant

Adv. Proc. No. 4:25−ap−07009

## THIRD−PARTY SUMMONS

To: 3E Grain, LLC
YOU ARE SUMMONED and required to file a motion or answer to the third−party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third−party complaint within 35 days.

|  | Address of the clerk: | Clerk, U.S. Bankruptcy Court | or | Clerk, U.S. Bankruptcy Court |
|  |  | 300 W. 2nd Street |  | 35 E. Mountain St., Rm 316 |
|  |  | Little Rock, AR 72201 |  | Fayetteville, AR 72701 |

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:
Pro Se
8 Woodmont Crossing, Texarkana, TX 75503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
John Alexander Flynn, Flynn Law Firm
P.O. Box 1344, Cabot, AR 72023

Date: 4/7/25

Clerk of Court

